**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| DANIEL DALE HALL, | |
| Plaintiff, | Case No. 3:17-cv-00488-JD-MGG |
| v. | Honorable Judge Jon E. DeGuilio |
| HELVEY & ASSOCIATES, INC., | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DANIEL DALE HALL, and the Defendant HELVEY & ASSOCIATES, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against HELVEY & ASSOCIATES, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: October 23, 2017                                         Respectfully Submitted,

| **DANIEL DALE HALL** | **HELVEY & ASSOCIATES, INC.** |
|---|---|
| /s/ Nathan C. Volheim | /s/ Peter A. Velde (*with consent*) |
| Nathan C. Volheim | Peter A. Velde |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Kightlinger & Gray, LLP |
| 2500 S. Highland Avenue, Suite 200 | One Indiana Square, Suite 300 |
| Lombard, Illinois 60148 | 211 North Pennsylvania Street |
| Phone: (630) 575-8181 | Indianapolis, IN 46204 |
| Fax :(630) 575-8188 | Phone: (317) 638-4521 |
| nvolheim@sulaimanlaw.com | pvelde@k-glaw.com |